Argued and submitted October 15, 1986, reversed and remanded for reconsideration May 13, reconsideration denied July 10, petition for review denied July 28, 1987
(303 Or 699)

In the Matter of the Tax Deficiency
Assessment of Northwest Contract Carriers, Inc.,

EMPLOYMENT DIVISION,
*Petitioner,*

*v.*

NORTHWEST CONTRACT CARRIERS, INC.,
*Respondent.*

(85-T-022; CA A39107)

736 P2d 627

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for petitioner. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Douglass H. Schmor, Medford, argued the cause for repondent. With him on the brief was Brophy, Wilson & Duhaime, Medford.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Employment Division appeals a referee's order holding that services performed by owner-operators who lease their trucks to Northwest Contract Carriers are not taxable employment under ORS 657.040. We reverse and remand for reconsideration. *Combined Transport, Inc. v. Employment Division,* 81 Or App 31, 724 P2d 832, *on reconsideration* 82 Or App 127, *rev den* 302 Or 460 (1986).

Reversed and remanded for reconsideration.